UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80124-CIV-RYSKAMP/WHITE

KIM DWAYNE CAIN,

    Petitioner,

v.

JAMES MCDONOUGH,

    Respondent.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

THIS CAUSE comes before the Court pursuant to Petitioner's Motion for Certificate of Appealability, filed February 21, 2007 **[DE 23]**.  To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable either (1) the merits of a constitutional claim or (2) both the merits of an underlying claim and the procedural issues he seeks to raise with respect to that claim.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000).  Appellant has failed to satisfy either test set forth above.  Accordingly, appellant's motion for a certificate of appealability, is DENIED.  The motion for *in forma pauperis* status on appeal, February 21, 2007 **[DE 24]** is DENIED as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 13th day of March, 2007.

                /s/ Kenneth L. Ryskamp
                KENNETH L. RYSKAMP
                UNITED STATES DISTRICT JUDGE

Kim Dwayne Cain, pro se
#W03773
1150 SW Allapattah Road
Indiantown, FL 34956

Lee A. Coppock, Esq.
1401 61st St S.
Gulfport, Florida 3377